[This opinion has been published in *Ohio Official Reports* at 80 Ohio St.3d 1208.]

VANCE, APPELLANT, *V*. TRIMBLE, ACTING ADMR., ET AL., APPELLEES.

[Cite as *Vance v. Trimble*, 1997-Ohio-121.]

*Appeal dismissed as improvidently allowed.*

(No. 96-1074—Submitted September 23, 1997—Decided November 5, 1997.)

APPEAL from the Court of Appeals for Franklin County, No. 95APE08-1020.

———————————

*Barkan & Neff Co., L.P.A.,* and *Robert E. DeRose*, for appellant.

*Betty D. Montgomery*, Attorney General, and *James A. Barnes*, Assistant Attorney General, for appellee Acting Administrator, Bureau of Workers' Compensation.

———————————

{¶ 1} The appeal is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

———————————